**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

      Plaintiff-Respondent,

v.                                                                           Criminal Case No. 00-80128
                                                                        Civil Case No. 11-13333
                                                                        Honorable Denise Page Hood

RODERICK HENRY,

      Defendant-Petitioner.

_____/

## **JUDGMENT**

**IT IS ORDERED AND ADJUDGED** that pursuant to this Court's Order entered on this date February 29, 2012 this cause of action is **DISMISSED**. Accordingly, judgment is entered in favor of Plaintiff-Respondent and against Defendant-Petitioner.

Dated at Detroit, Michigan this 29th day of February, 2012.

                                                                     DAVID J. WEAVER
                                                                     CLERK OF THE COURT

                                                                     BY: s/LaShawn Saulsberry
                                                                            Deputy Clerk

APPROVED:

s/Denise Page Hood
DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, Wednesday, February 29, 2012, by electronic and/or ordinary mail.

                                                                s/LaShawn R. Saulsberry
                                                                Case Manager